# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 50536

STATE OF IDAHO,

        Plaintiff-Respondent,

v.

TERRENCE LAMOND JOHNSON,

        Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed: November 21, 2023

Melanie Gagnepain, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

---

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Samuel Hoagland, District Judge.

Judgment of conviction and unified sentence of fifteen years, with a minimum period of confinement of four years, for delivery of a controlled substance, affirmed.

Erik R. Lehtinen, Interim State Appellate Public Defender; Eric D. Fredericksen, State Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Amy J. Lavin, Deputy Attorney General, Boise, for respondent.

---

Before LORELLO, Chief Judge; GRATTON, Judge;
and HUSKEY, Judge

---

PER CURIAM

Terrence Lamond Johnson pled guilty to delivery of a controlled substance. I.C. § 37-2732(a)(1)(A). In exchange for his guilty plea, additional charges were dismissed. The district court sentenced Johnson to a unified term of fifteen years, with a minimum period of confinement of four years. Johnson appeals, arguing that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

1

need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court. *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Johnson's judgment of conviction and sentence are affirmed.